RECEIVED
IN ALEXANDRIA, LA.

AUG 1 0 2011

TONY R. MOORE
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JORGE ABOYTOS MENDOZA,<br>Petitioner | CIVIL ACTION 1:11-CV-00401<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| W.A. SHERROD, WARDEN,<br>Respondent | MAGISTRATE JUDGE JAMES D.KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Mendoza's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _10_ day of _August_, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE